| Service Description | Employee | Date | Hours | WIP Amt | Memo |
|---|---|---|---|---|---|
| Business Valuation Preparation | Manchir | 11/22/2010 | 1.50 | $367.50 | AM: call with Dana; billing;Wyatt/ATTY team. PM: tax f/u with Donna |
| State Tax - Other | Niesen | 11/29/2010 | 0.20 | $59.00 | internal discussion re tn research and taxation of gp |
| Business Valuation Preparation | Manchir | 11/29/2010 | 4.00 | $980.00 | with Donna re: taxes; Dana, call/email; to do list; trip planning, steve thompson |
| Business Valuation Preparation | Manchir | 11/30/2010 | 4.00 | $980.00 | trip prep; calls with Dana, Steve, Bryan Howard; model; bill detail |
| Business Valuation Preparation | Manchir | 12/1/2010 | 2.50 | $612.50 | meetings at 2nd generation capital offices |
| Business Valuation Preparation | Manchir | 12/2/2010 | 4.00 | $980.00 | meetings at 2nd Generation capital; pre-meeting notes & changes to NORM comp levels in model |
| Misc. Chargeable (VMA) | Manchir | 12/2/2010 | 5.25 | $1,286.25 | Travel, Nashville to Indy |
| Business Valuation Preparation | Manchir | 12/3/2010 | 1.00 | $245.00 | with Dana; contact names; post-meeting |
| Business Valuation Preparation | Manchir | 12/7/2010 | 1.50 | $367.50 | Calls with Dana Holmes; Steve Thompson; updating contact info, sharing with Deal Team |
| Meals | Manchir | 12/8/2010 | - | $13.78 | 2-Dec, Courtyard by Marriott |
| Meals | Manchir | 12/8/2010 | - | $7.93 | 2-Dec, McDonalds |
| Lodging | Manchir | 12/8/2010 | - | $228.23 | 2-Dec, Courtyard by Marriott (Nashville) |
| Mileage | Manchir | 12/8/2010 | - | $300.00 | 300 miles one-way, Indy/Nashville (600 miles round-trip) |
| Other Reimb. Expense | Manchir | 12/8/2010 | - | $42.50 | Internet Access charges, 11-3/11-5, at ESOP Conference. Needed to work on valuation for client #80865, JJZ Insurance |
| Acquisitions/Sale of Business | Manchir | 12/9/2010 | 3.00 | $735.00 | call with Mark/Allan/David re: structure; notes, calls to Brian Eagle; post Brian call with David Lewis; setup conf call |
| Acquisitions/Sale of Business | Manchir | 12/10/2010 | 1.50 | $367.50 | call with attorneys re: deal structure; PPT outline |
| Acquisitions/Sale of Business | Manchir | 12/11/2010 | 2.50 | $612.50 | update to deal memo; eng ltr reviews; status emails |
| Acquisitions/Sale of Business | Manchir | 12/13/2010 | 2.00 | $490.00 | Calls; Larry Sachs; emails, responses re: deal structure PPT; emails to Brian Eagle, call with David |
| Acquisitions/Sale of Business | Manchir | 12/14/2010 | 2.25 | $551.25 | calls, Wyatt; Larry & associate, re: retirement plan, 2ndG calculation; tax structure |
| Acquisitions/Sale of Business | Manchir | 12/16/2010 | 0.25 | $61.25 | calls/messages, Dana, David |
| Misc. Chargeable - Tax | Benjamin | 12/17/2010 | 2.75 | $1,168.75 | SIMPLE IRA/ESOP issues w/Andy M. |
| Acquisitions/Sale of Business | Manchir | 12/17/2010 | 4.00 | $980.00 | AM: brief call with Jay; PM: conference call, post-call with Jay; Van; email response; Jay; Wyatt, emails |
| Acquisitions/Sale of Business | Manchir | 12/20/2010 | 2.00 | $490.00 | AM: with Scott, Dan; PM: call with all parties; f/u conversation with Jay; with Brian Eagle |
| Misc. Chargeable - Tax | Benjamin | 12/20/2010 | 2.00 | $850.00 | ESOP/SIMPLE IRA issues |
| Acquisitions/Sale of Business | Manchir | 12/21/2010 | 1.00 | $245.00 | calls with BEagle, others; with Jay; email Larry |
| Misc. Chargeable - Tax | Benjamin | 12/21/2010 | 0.25 | $106.25 | |
| Telephone calls (VMA) | Manchir | 12/22/2010 | 1.75 | $428.75 | AM: with Jay; PM: call Brian/Jay; follow-up call with Brian; calls to Dana/David; with Scott |
| Misc. Chargeable - Tax | Benjamin | 12/22/2010 | 0.75 | $318.75 | ESOP/SIMPLE IRA issues |
| Telephone calls (VMA) | Manchir | 12/29/2010 | 1.50 | $367.50 | team conference call; direct calls to Dana Holmes, Mark Blackwel |
| Other Expense | KSM Disburse | 12/31/2010 | - | $16.46 | Soundpath Conferencing 121410 |
| Business Valuation Preparation | Manchir | 1/4/2011 | 1.50 | $367.50 | call with Mark Blackwell; deal structure; mtg/follow-up with Donna Niesen/KSM |
| Acquisitions/Sale of Business | Manchir | 1/5/2011 | 0.50 | $122.50 | email with Steve Thomson, Donna Niesen (KSM); call with David Lewis |
| Misc. Chargeable - Tax | Ammirati | 1/10/2011 | 0.25 | $106.25 | Sale & ESOP |
| Acquisitions/Sale of Business | Manchir | 1/10/2011 | 1.25 | $306.25 | with Rosanne re: strucuture; model pre-meeting; email Larry Sacks |
| Acquisitions/Sale of Business | Manchir | 1/12/2011 | 0.50 | $122.50 | with Rosanne; structure |
| Acquisitions/Sale of Business | Manchir | 1/13/2011 | 3.00 | $735.00 | update to structure; powerpoint; review all notes/file, copies to Donna/Rosanne |
| Misc. Chargeable - Tax | Benjamin | 1/14/2011 | 1.00 | $425.00 | ESOP issues w/Andy M. |
| Acquisitions/Sale of Business | Manchir | 1/14/2011 | 2.00 | $490.00 | comments/discussion with Rosanne; with Jay |
| | | | 61.45 | $16,934.13 | |



| Service Description | Employee | Date | Hours | WIP Amt | Memo |
|---|---|---|---|---|---|
| Misc. Chargeable - Tax | Ammirati | 1/14/2011 | 0.25 | $106.25 | |
| State Tax - Other | Niesen | 1/18/2011 | 0.60 | $177.00 | review proposed struture for TN tax consequences |
| Acquisitions/Sale of Business | Manchir | 1/18/2011 | 1.25 | $306.25 | Andy/David/Mark/Larry re: deal structure; call direct with Mark |
| Acquisitions/Sale of Business | Manchir | 1/24/2011 | 2.50 | $612.50 | AM: call with David/Mark/Brian; PM: structure idea fromMark Blackwell; review with Scott |
| Business Valuation Preparation | Read | 1/24/2011 | 1.50 | $637.50 | |
| Acquisitions/Sale of Business | Manchir | 1/25/2011 | 4.50 | $1,102.50 | PM; calls with David/email Mark; issues with WTC structure memo; discuss with Scott, discuss with B.Eagle/D.Lewis; update STructure; email to team |
| Acquisitions/Sale of Business | Manchir | 1/25/2011 | 0.50 | $122.50 | AM: call with David, summarize email re: management fee |
| Business Valuation Preparation | Read | 1/25/2011 | 2.00 | $850.00 | |
| Misc. Chargeable - Tax | Manuel | 1/26/2011 | 0.25 | $106.25 | disc w rosanne re esop sale structure |
| Misc. Chargeable - Tax | Ammirati | 1/26/2011 | 1.25 | $531.25 | |
| Acquisitions/Sale of Business | Manchir | 1/26/2011 | 4.00 | $980.00 | AM: with Scott, Rosanne re: pros/cons; create Version D; draft, email to team members |
| Acquisitions/Sale of Business | Manchir | 1/26/2011 | 2.50 | $612.50 | call with team re: deal structure; update Version D, send out; |
| Business Valuation Preparation | Read | 1/26/2011 | 5.00 | $2,125.00 | |
| Misc. Chargeable - Tax | Manuel | 1/27/2011 | 0.25 | $106.25 | |
| Misc. Chargeable - Tax | Ammirati | 1/27/2011 | 0.50 | $212.50 | |
| Acquisitions/Sale of Business | Manchir | 1/27/2011 | 1.50 | $367.50 | brief call Larry; with Scott, AM |
| Acquisitions/Sale of Business | Manchir | 1/28/2011 | 2.25 | $551.25 | AM: pre call review; call with Team re: structure |
| Business Valuation Preparation | Read | 1/28/2011 | 2.00 | $850.00 | |
| Acquisitions/Sale of Business | Manchir | 1/31/2011 | 0.75 | $183.75 | call with Dana Holmes re: deal structure, status; email to Dana; call/email Jeff, with Scott re: cash/accrual basis |
| Acquisitions/Sale of Business | Manchir | 2/2/2011 | 0.50 | $122.50 | calls with Jeff Zander; with Brian Schmidt re: cash/accrual |
| Misc. Chargeable - Tax | Behrens | 2/4/2011 | 1.00 | $165.00 | Research RE accrual to cash accounting method change |
| Acquisitions/Sale of Business | Manchir | 2/8/2011 | 0.50 | $122.50 | AM: email with Larry Sacks; PM: with Brett Behrens/Tax re: cash/accrual |
| Misc. Chargeable - Tax | Behrens | 2/9/2011 | 0.50 | $82.50 | |
| Client Communication | Ammirati | 2/11/2011 | 0.50 | $212.50 | |
| Acquisitions/Sale of Business | Manchir | 2/11/2011 | 1.00 | $245.00 | email with Jeff/Kevin; calls with Kevin, Rosanne/Scott, Jeff/Rosanne/Scott re: cash/accrual |
| Telephone calls (VMA) | Read | 2/11/2011 | 1.00 | $425.00 | |
| Acquisitions/Sale of Business | Manchir | 2/22/2011 | 0.25 | $61.25 | email, Larry Sacks re: ESOP/expenses, capitalization |
| Other Expense | KSM Disbursements | 2/25/2011 | 0 | $12.82 | Soundpath 021411 |
| Other Expense | KSM Disbursements | 2/25/2011 | 0 | $25.87 | Soundpath 021411 |
| Other Expense | KSM Disbursements | 2/25/2011 | 0 | $3.89 | Soundpath 021411 |
| Other Expense | KSM Disbursements | 2/25/2011 | 0 | $19.30 | Soundpath 021411 |
| Acquisitions/Sale of Business | Manchir | 3/7/2011 | 0.25 | $61.25 | call with Dana Holmes re: deal structure decisions; next steps |
| | | | 38.85 | $12,100.13 | |

| Service Description | Employee | Date | Hours | WIP Amt | Memo |
|---|---|---|---|---|---|
| Business Valuation Preparation | Manchir | 4/5/2011 | 0.50 | $122.50 | call with Dana re: contribution limits, update on valuation process; deal timeline |
| Acquisitions/Sale of Business | Manchir | 4/7/2011 | 0.25 | $61.25 | Call with Jeff re: contribution limits, cash flows, exec comp. ideas |
| Acquisitions/Sale of Business | Manchir | 4/8/2011 | 0.50 | $122.50 | email re: Jeff participation in ESOP |
| Acquisitions/Sale of Business | Manchir | 4/18/2011 | 0.50 | $122.50 | Mark Blackwell; call to D.Holmes |
| Acquisitions/Sale of Business | Manchir | 4/19/2011 | 0.50 | $122.50 | with Dana re: deal status, projections, Jeff model updates by KSM; S-Corp distributions |
| Acquisitions/Sale of Business | Manchir | 4/20/2011 | 0.75 | $183.75 | multiple calls to/from Mark Blackwell, re: deal structure & questions; next steps; S-corp distributions |
| Acquisitions/Sale of Business | Manchir | 4/25/2011 | 0.25 | $61.25 | Projection data, Dana; F/u with Jeff |
| Acquisitions/Sale of Business | Manchir | 5/9/2011 | 0.50 | $122.50 | Convert deal structure slides to May/final; PDF to deal team |
| Acquisitions/Sale of Business | Manchir | 5/12/2011 | 0.25 | $61.25 | with Jeff re: Deal Structure, tax questions; TN Hall tax, question to Donna |
| Acquisitions/Sale of Business | Manchir | 5/13/2011 | 2.00 | $490.00 | morning deal review with Steve Thompson; call with Jeff & ATTY's re: tax |
| State Tax - Other | Conrad | 5/20/2011 | 1.90 | $199.50 | research TN taxation of ESOP under Hall and excise tax |
| Acquisitions/Sale of Business | Manchir | 6/7/2011 | 0.25 | $61.25 | Calls with John Cramer re: deal |
| Acquisitions/Sale of Business | Manchir | 7/8/2011 | 0.25 | $67.50 | with Brian Eagle |
| Acquisitions/Sale of Business | Manchir | 7/11/2011 | 2.25 | $607.50 | call with John Cramer; Scott/Brian re: Transaction; email re loan agr language |
| Telephone calls | Schmidt | 7/12/2011 | 1.25 | $387.50 | w/Andy & Lary Sachs |
| Acquisitions/Sale of Business | Manchir | 7/12/2011 | 1.50 | $405.00 | call, Larry/BSchmidt re: Transaction, YTD profits issue |
| Acquisitions/Sale of Business | Manchir | 7/13/2011 | 0.50 | $135.00 | John Cramer call |
| Acquisitions/Sale of Business | Manchir | 7/21/2011 | 1.25 | $337.50 | *No Charge* complete model for ESOP Compensation expense; email PDF to Jeff |
| Acquisitions/Sale of Business | Manchir | 7/21/2011 | 2.00 | $540.00 | "Value Split" to match partnership agreement; with Brian Schmidt; Zander model of ESOP Note, Seller Note |
| Internal KSM Meetings - Tax | Schmidt | 7/21/2011 | 0.50 | $155.00 | units for value split - walk thru with Andy |
| Acquisitions/Sale of Business | Manchir | 7/22/2011 | 1.25 | $337.50 | *No Charge* updated calculation of deal economics to Jeff; call with Jeff to discuss |
| Acquisitions/Sale of Business | Manchir | 7/22/2011 | 1.50 | $405.00 | Zander model; review with Dan, email re: deal items; call to Trustee |
| Business Valuation Preparation | Read | 7/25/2011 | 1.50 | $637.50 | |
| Acquisitions/Sale of Business | Manchir | 7/25/2011 | 1.50 | $405.00 | Review Emp Lease Agr; discuss with Scott Read; f/u Dana re: value split |
| Misc. Chargeable - Tax | Benjamin | 7/26/2011 | 0.75 | $318.75 | ESOP issues |
| Acquisitions/Sale of Business | Manchir | 7/26/2011 | 2.50 | $675.00 | Rosanne/Jay, review of Emp Lease Agr; begin cash flow model |
| Misc. Chargeable - Tax | Ammirati | 7/26/2011 | 0.50 | $212.50 | |
| Acquisitions/Sale of Business | Manchir | 7/27/2011 | 5.00 | $1,350.00 | finish draft of cash flow model; call with D.Holmes; review documents; emails to J.Cramer re: deal, documents; call with J. Cramer; KSM SALT re: TN tax |
| State Tax - Other | Conrad | 7/27/2011 | 0.70 | $112.00 | conversation with A. Manchir and D. Niesen re TN taxation |
| Acquisitions/Sale of Business | Manchir | 7/28/2011 | 2.50 | $675.00 | with Larry Sacks, Brian Schmidt; changes to CF model; draft new email. With Brian Eagle; with David Lewis |
| State Notice | Conrad | 7/28/2011 | 0.70 | $112.00 | researched effect of transactions under TN Hall & excise taxes |
| Acquisitions/Sale of Business | Manchir | 7/29/2011 | 1.25 | $337.50 | AM: with Bob, with 2nd Generation. PM: with team, with Dana |
| State Tax - Other | Conrad | 8/2/2011 | 1.10 | $176.00 | research re TN conformity to IRC re ESOP compensation expenses under excise tax |
| Acquisitions/Sale of Business | Manchir | 8/3/2011 | 0.50 | $135.00 | TN tax question, with Tim Conrad; email to Larry Sacks |
| Acquisitions/Sale of Business | Manchir | 8/4/2011 | 0.50 | $135.00 | Status check-in, D.Holmes; amortization schedules, Larry Sacks |
| Acquisitions/Sale of Business | Manchir | 8/10/2011 | 1.00 | $270.00 | email re: amortization; calls with Steve Thompson, John Cramer |
| Acquisitions/Sale of Business | Manchir | 8/11/2011 | 1.50 | $405.00 | changes to cash flow model; update PDF, share with Steve/Dana/Brian |
| Acquisitions/Sale of Business | Manchir | 8/18/2011 | 0.50 | $135.00 | Email with WTC on ESOP comp expense; 401k match idea; loan amortization |
| | | | 42.40 | $11,199.50 | |
| Less: No-charge updated calculation of ESOP Benefit | | | 6.50 | $1,775.00 | |
| | Adjusted Bill Total: | | 35.90 | $9,424.50 | |



DEPARTMENT 235
P.O. BOX 7096
INDIANAPOLIS, INDIANA 46206-7096
317.580.2000

*JJZ Insurance Agency*
*c/o Jeffry J. Zander*
*212 Oceola Avenue*
*Nashville, TN 37209*

| | |
|---|---|
| *Invoice No.* | *312065* |
| *Date* | *01/26/2011* |
| *Client No.* | *80865* |

Please detach and return with payment to the above P.O. Box

---

Professional Services rendered December 1 - January 14.

| | |
|---|---|
| Total billed hours: 61.45 (see schedule, provided to Jeff Zander) | $ 16,325.25 |
| Direct Expenses Incurred (including December 2-3 visit to Nashville) | 608.88 |
| Current Total | $ 16,934.13 |

KSM 02203

**INVOICE**
Katz, Sapper & Miller, LLP
KSM Business Services, Inc.
317.580.2000

**BALANCE DUE UPON RECEIPT OF INVOICES**
A SERVICE CHARGE IS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTHLY BILLING CYCLE WHICH IS AN ANNUAL PERCENTAGE RATE OF 18% APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING ALL PAYMENTS AND CREDITS DURING THE BILLING CYCLE.



DEPARTMENT 235
P.O. BOX 7096
INDIANAPOLIS, INDIANA 46206-7096
317.580.2000

*JJZ Insurance Agency*
*c/o Jeff Zander*
*212 Oceola Avenue*
*Nashville, TN 37209*

| | |
|---|---|
| *Invoice No.* | *314724* |
| *Date* | *03/29/2011* |
| *Client No.* | *80865* |

Please detach and return with payment to the above P.O. Box

---

Professional Services rendered January 14 - March 29.

| | | |
|---|---|---|
| Total billed hours: 38.85 (see schedule, provided to Jeff Zander) | $ | 12,038.25 |
| Direct Expenses Incurred (conference call service) | $ | 61.88 |
| Current Total | $ | 12,100.13 |

KSM 02204

**INVOICE**
Katz, Sapper & Miller, LLP
KSM Business Services, Inc.
317.580.2000

**BALANCE DUE UPON RECEIPT OF INVOICES**
A SERVICE CHARGE IS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTHLY BILLING CYCLE WHICH IS AN ANNUAL PERCENTAGE RATE OF 18% APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING ALL PAYMENTS AND CREDITS DURING THE BILLING CYCLE.



DEPARTMENT 235
P.O. BOX 7096
INDIANAPOLIS, INDIANA 46206-7096
317.580.2000

*Zander Insurance Group*
*c/o Jeff Zander*
*212 Oceola Avenue*
*Nashville, TN 37209*

*Invoice No.* *323961*
*Date* *09/12/2011*
*Client No.* *80865*

Please detach and return with payment to the above P.O. Box

Professional Services rendered April 2011 through August 2011.

| | | |
|---|---|---|
| Total hours worked: 42.40 (see schedule, provided to Jeff Zander) | $ | 11,199.50 |
| Less: No-charge for time related to update calculation of ESOP benefit | ($ | 1,775.00) |
| Current Total | $ | 9,424.50 |

KSM 02205

**INVOICE**
Katz, Sapper & Miller, LLP
KSM Business Services, Inc.
317.580.2000

**BALANCE DUE UPON RECEIPT OF INVOICES**
A SERVICE CHARGE IS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTHLY BILLING CYCLE WHICH IS AN ANNUAL PERCENTAGE RATE OF 18% APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING ALL PAYMENTS AND CREDITS DURING THE BILLING CYCLE.

| Service Desc | Employee | Date | Hours | Expenses | Memo |
|---|---|---|---|---|---|
| Practice Develop Req (PDR) | Manchir | 2/21/2011 | 1.00 | 0 | emails from J. Zander; call with Jeff |
| Practice Develop Req (PDR) | Manchir | 3/4/2011 | 0.25 | 0 | email Jeff re: offer to update tax savings calculation |
| Practice Develop Req (PDR) | Manchir | 6/7/2011 | 2.25 | 0 | Updated model of ESOP Compensation expense (no charge) |
| Practice Develop Req (PDR) | Manchir | 9/2/2011 | 0.50 | 0 | Transaction follow-up |
| Practice Develop Req (PDR) | Manchir | 9/12/2011 | 0.25 | 0 | summary of invoice |
| Practice Develop Req (PDR) | Manchir | 10/14/2011 | 0.75 | 0 | |
| Practice Develop Req (PDR) | Manchir | 1/18/2012 | 0.75 | 0 | with Jeff, with Larry Sacks, Dan re; billing & status |
| Practice Develop Req (PDR) | Manchir | 1/19/2012 | 3.00 | 0 | Call with L. Sacks, call with J. Zander, internal review time |
| Practice Develop Req (PDR) | Manchir | 1/20/2012 | 1.50 | 0 | Steve Thompson; PPT, flowchart |
| Practice Develop Req (PDR) | Manchir | 1/23/2012 | 3.00 | 0 | reviewing with Brian, with Dan, with Brian/Dan/Scott |
| Practice Develop Req (PDR) | Rosio | 1/23/2012 | 2.00 | 0 | |
| Practice Develop Req (PDR) | Rosio | 1/24/2012 | 0.50 | 0 | Zander |
| Practice Develop Req (PDR) | Manchir | 1/25/2012 | 1.00 | 0 | with Brian, with Dan |
| Practice Develop Req (PDR) | Rosio | 1/25/2012 | 2.00 | 0 | |
| Practice Develop Req (PDR) | Manchir | 1/26/2012 | 2.50 | 0 | with Steve Thompson; with Rosanne, Dan |
| Practice Develop Req (PDR) | Manchir | 1/27/2012 | 3.00 | 0 | pre-call with Dan; call with Dan/Rosanne/Steve THompson; follow-up for Steve, cash model |
| Practice Develop Req (PDR) | Manchir | 1/30/2012 | 1.00 | 0 | with Dan; email with Rosanne; call with David Lewis |
| Practice Develop Req (PDR) | Manchir | 1/31/2012 | 2.50 | 0 | with Dan, Rosanne; changes to model |
| Practice Develop Req (PDR) | Rosio | 1/31/2012 | 2.00 | 0 | |
| Practice Develop Req (PDR) | Manchir | 2/1/2012 | 0.50 | 0 | Deliver schedule to S.Thompson; email |
| Practice Develop Req (PDR) | Manchir | 2/10/2012 | 1.50 | 0 | model; with David Lewis (SAT) |
| Practice Develop Req (PDR) | Manchir | 2/13/2012 | 1.50 | 0 | model |
| Practice Develop Req (PDR) | Manchir | 2/14/2012 | 2.00 | 0 | finish 3 path model for Rosanne review |
| Practice Develop Req (PDR) | Manchir | 2/15/2012 | 1.00 | 0 | with Rosanne, 3 models |
| Practice Develop Req (PDR) | Manchir | 3/2/2012 | 2.00 | 0 | final updates; email/ppt |
| Practice Develop Req (PDR) | Manchir | 3/12/2012 | 0.50 | 0 | call with Dana Holmes |
| Practice Develop Req (PDR) | Manchir | 3/14/2012 | 0.50 | 0 | call, review 3 Paths with David Lewis |
| n-Chargeable Client Activity | Manchir | 6/12/2012 | 1.00 | 0 | |



DEPARTMENT 235
P.O. BOX 7096
INDIANAPOLIS, INDIANA 46206-7096
317.580.2000

*Zander Insurance Group*
*Jeff Zander*
*212 Oceola Avenue*
*Nashville, TN 37209*

*Invoice No.* *336505*
*Date* *04/30/2012*
*Client No.* *80865*

Please detach and return with payment to the above P.O. Box

Do not mail.

Current Total $ 0.00

KSM 02207

**INVOICE**
Katz, Sapper & Miller, LLP
KSM Business Services, Inc.
317.580.2000

**BALANCE DUE UPON RECEIPT OF INVOICES**
A SERVICE CHARGE IS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTHLY BILLING CYCLE WHICH IS AN ANNUAL PERCENTAGE RATE OF 18% APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING ALL PAYMENTS AND CREDITS DURING THE BILLING CYCLE.

| Service Description | Employee | Date | Hours | Billed | Adjusted | Memo |
|---|---|---|---|---|---|---|
| Misc. Chargeable (GCS) | Rosio | 1/27/2012 | 2.00 | $720.00 | ($720.00) | tax/structure issues |
| Misc. Chargeable - Tax | Schmidt | 1/23/2012 | 2.25 | $697.50 | ($697.50) | |
| Misc. Chargeable - Tax | Ammirati | 1/31/2012 | 0.50 | $212.50 | ($212.50) | |
| Misc. Chargeable - Tax | Ammirati | 1/27/2012 | 0.75 | $318.75 | ($318.75) | |
| Misc. Chargeable - Tax | Ammirati | 1/26/2012 | 0.50 | $212.50 | ($212.50) | |
| Misc. Chargeable - Tax | Ammirati | 2/15/2012 | 0.50 | $212.50 | ($212.50) | |
| | | | 6.50 | $2,373.75 | ($2,373.75) | |