TUVQJÞÁÕÜŒÞVÒÖ
*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JEFFREY J. ZANDER, individually and as Trustee of the CARDINAL TRUST under Agreement dated February 11, 2009, and JJZ INSURANCE AGENCY, a Tennessee general partnership d/b/a ZANDER INSURANCE GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>KATZ, SAPPER & MILLER, LLP; KSM BUSINESS SERVICES, INC., and ANDREW J. MANCHIR,<br><br>Defendants. | Case No. 3:12-cv-00967<br>Judge Sharp/Brown<br>Jury Demanded |

### DEFENDANTS' MOTION TO SEAL D.E. 97-4

COME NOW the Defendants, Katz, Sapper & Miller, LLP, KSM Business Services, Inc., and Andrew J. Manchir (hereinafter referred to collectively as "Defendants"), by and through their counsel of record, Glassman, Edwards, Wyatt, Tuttle & Cox, P.C., and, respectfully request that the Court grant this Motion to Seal Docket Entry 97-4. In further support, Defendants would state as follows:

1. On January 3, 2014, Defendants filed a Motion for Partial Summary Judgment at Docket Entry 97. Filed in support of the Motion for Partial Summary Judgment is the Deposition of Mr. Jeffrey Zander. See D.E. 97-4.

1