UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY J. ZANDER, individually and as Trustee of the CARDINAL TRUST under Agreement dated February 11, 2009, and JJZ INSURANCE AGENCY, a Tennessee general partnership d/b/a ZANDER INSURANCE GROUP,<br><br>　　Plaintiffs,<br><br>v.<br><br>KATZ, SAPPER & MILLER, LLP; KSM BUSINESS SERVICES, INC., and ANDREW J. MANCHIR.<br><br>　　Defendants. | No. 3:12-cv-967<br><br>Judge Sharp |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court DENIES Defendant Katz, Sapper & Miller, LLP's motion for summary judgment (Docket No. 69); DENIES Defendants' motion for partial summary judgment (Docket No. 97); DENIES Plaintiffs' motion for summary judgment (Docket No. 71); and DENIES Plaintiffs' motion to strike (Docket No. 88).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1