# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

# AMENDED JUDGMENT IN A CIVIL CASE*

| | |
|---|---|
| **JEFFREY J. ZANDER, individually and as Trustee of the CARDINAL TRUST under Agreement dated February 11, 2009, and JJZ INSURANCE AGENCY, a Tennessee general partnership d/b/a ZANDER INSURANCE GROUP,** | ) ) ) ) ) ) ) |
| Plaintiffs, | ) No. 3:12-cv-967 ) ) Judge Sharp |
| v. | ) ) |
| **KATZ, SAPPER & MILLER, LLP; KSM BUSINESS SERVICES, INC., and ANDREW J. MANCHIR.** | ) ) ) ) |
| Defendants. | ) |

√ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the jury found as follows**:

COUNT I: NEGLIGENT MISREPRESENTATION

-Defendants Andrew J. Manchir and KSM Business Services are liable to Plaintiffs Jeffrey Zander and JJZ Insurance Agency for negligent misrepresentation.

-Defendant Andrew J. Manchir was acting as agent of Defendant Katz, Sapper & Miller, LLP at the time of the events that are subject of this lawsuit.

-The jury found Plaintiff Jeffrey Zander not to be at fault.

-The jury also found that the non-parties to this lawsuit not to be at fault.

*This Amended Judgment corrects the date entered to July 15, 2014.

-Having found Andrew J. Manchir (KSM Business Services, Inc) liable to Plaintiffs Jeffrey Zander and JJZ Insurance Agency for negligent misrepresentation, the jury attributed the percentage of fault to Defendant Andrew Manchir (KSM Business Service, Inc) at 100%.

-As to Plaintiff's claim of negligent misrepresentation, the jury found that Plaintiffs Jeffrey Zander and JJZ Insurance Agency are entitled to damages in the amount of $7,986,779.00.

COUNT TWO: PROFESSIONAL NEGLIGENCE

-The jury found Defendants Andrew J. Manchir and KSM Business Services, not to be liable to Plaintiffs Jeffrey Zander and JJZ Insurance Agency for professional negligence and accordingly, awarded no damages on this claim.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY, RENERDED ON JULY 10, 2014, JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFFS JEFFREY J. ZANDER AND JJZ INSURANCE AGENCY.**

DATE: July 15, 2014                                KEITH THROCKMORTON,
                                                   CLERK

                                                   BY: *Angie Brewer*
                                                    Deputy Clerk