# INVOICE

Clerk and Master
Chancery Court for Davidson County, TN
1 Public Square Suite 308
Nashville, TN 37201
615.862.5723

10000000002279

RECEIVED

OCT 2 9 2012

Transaction Date
10/24/2012

*481-1*

| Description | Amount To Be Paid |
| --- | --- |
| Zander, Jeffrey J. | |
| 12-1250-I | |
| Jeffrey Zander et. al. vs. Katz, Sapper & Miller, LLP et. al. | |
| SO-VB | 20.00 |

| | |
| --- | --- |
| **INVOICE TOTAL** | **20.00** |
| Amount To Be Paid | 20.00 |
| Balance Due After Payment | 0.00 |

Printed  10/24/2012
11:08 AM

Invoice Station

Audit
2279

**INVOICE**

481—1 C/M

# Franzen & Roberts
## Reporting, Inc.

2990 Market Tower
10 West Market Street
Indianapolis, IN 46204

## Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2013 | 22038 |

**Bill To**

Mr. Eugene N. Bulso, Jr.
LEADER BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, TN 37219



| EIN: | |
|------|------|
| | Terms |

### Description of Services

Jeffrey J. Zander, etc v. Katz Sapper & Miller, LLP
Cause No.: 3:12-cv-00967

Deposition of Andrew J. Manchir taken on May 3, 2013.

| **Balance Due** | $1,070.20 |
|-----------------|-----------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 317.636.3808 | 317.656.8539 | fandrreporting@aol.com | www.frreporting.com |



# Invoice

Invoice Date:  3-Jun-13
Invoice #      JCV-130503-1AO
Terms          Due upon receipt

**Bill To:**
Atty. Eugene N. Bulso, Jr.
Leader Bulso & Nolan
414 Union Street, Suite 1740
Nashville, TN 37219

**Ship To:**
Atty. Eugene N. Bulso, Jr.
Leader Bulso & Nolan
414 Union Street, Suite 1740
Nashville, TN 37219

**Reference**
*5/3/2013 Videotaped Deposition of Andrew J. Manchir*
*Zander et al v. Katz Sapper & Miller, LLP et al (Cause No. 3:12-cv-00967)*

| Service | Sub-Total |
| --- | --- |
| First 1.5 hours of examination (8:00 - 9:30) | $250.00 |
|     Additional 4.2 hours (9:30 - 1:42) | $294.00 |
|         Billed at $70/hour | |
| Mpegs of Manchir Deposition | $0.00 |
| Sync of Manchir Mpegs | $150.00 |
|     Billed at $50/2-hours | |

**Total Amount Due**    **$694.00**

Forward all payments to:
J-Cut Video Ltd.
6406 Southern Lakes Drive North
Indianapolis, IN  46237
Tax ID:

We appreciate your business!

jason@j-cutvideo.com
317-850-8711



Document Solutions
414 Union Street
Suite 1210
Nashville TN 37219

Phone :     615-255-5343
Fax :        615-255-4160
Federal Tax ID #: ▮▮▮▮▮▮

**Invoice #: 00083645**

Bill To:
Leader, Bulso & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

Ship To:
Leader, Bulso & Nolan, PLC
Allison Paoli
414 Union Street
Suite 1740
Nashville, TN 37219

Page    1

| SALESPERSON | Client Reference # | | SHIP | TERMS | | DATE |
|---|---|---|---|---|---|---|
| JS / LK | 481-1 | | 6/27/2013 | Net 30 | | 6/27/2013 |
| QTY. | DESCRIPTION | | PRICE | EXTENDED | TAX | JOB # |
| 1,232 | Light Litigation | | $0.125 | $154.00 | X | 31831 |
| 186 | 8.5 x 11 Color Copies | | $0.79 | $146.94 | X | 31831 |
| 709 | Bates labels Applied | | $0.06 | $42.54 | X | 31831 |

## THIS IS YOUR INVOICE
Please forward to your Accounts Payable
Department and process for Payment

visit us today:  www.dsicovery.com
See what's new in eDiscovery

Client Approval                    Thank you!

*Please mail payments to the
Main Office:*

*414 Union Street
Ste 1210
Nashville TN 37219*

| | |
|---|---|
| SALE AMOUNT | $343.48 |
| FREIGHT | $0.00 |
| SALES TAX | $31.77 |
| TOTAL | $375.25 |
| PAID TODAY | $0.00 |
| BALANCE DUE | $375.25 |



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/16/2013 | 00021314 |

200 4th Ave. North
Suite B-300
Nashville, TN 37219

Federal Tax ID: ███████

**Bill To:**

Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

**Ship To:**

Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

| SALESPERSON | CLIENT REFERENCE | ORDERED BY | TERMS | DUE BEFORE |
|-------------|------------------|------------|-------|------------|
| Troy Casalone | Zander | Molly Moore | Net 30 | 8/15/2013 |

| QTY. | JOB NO. | DESCRIPTION | UNIT PRICE | AMOUNT | TX. |
|------|---------|-------------|------------|--------|-----|
| 365 | 13-7115 | Light Litigation Scanning | $0.12 | $43.80 | X |
| 309 | 13-7115 | Professional Services - per MB | $0.75 | $231.75 | X |
| | | Process files to PDF | | | |
| | | Includes OCR and Bates | | | |
| 1 | 13-7115 | DVD Creation | $25.00 | $25.00 | X |
| 7 | 13-7115 | Folder Descriptions | $0.75 | $5.25 | X |

| | |
|--|--|
| SALE AMT. | $305.80 |
| FREIGHT | $0.00 |
| SALES TAX | $28.29 |
| TOTAL AMT. | $334.09 |
| AMT. APPLIED | $0.00 |

_____ Customer Approval

*Service charges of 1.5% per month will be assessed on all past due invoices, on the last day of the month in which they become past due.*

**BALANCE** | **$334.09**

www.pageonelegal.com          (615) 780-2101          solutions@pageonelegal.com

481-1

# INVOICE

Associated Reporting, Inc.
251 East Ohio Street
Suite 940
Indianapolis, IN 46204
Phone:317-631-0940   Fax:317-231-6601

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 98060 | 9/25/2013 | 62389 |
| **Job Date** | **Cause No.** | |
| 9/17/2013 | 3:12-CV-00967 | |
| **Case Name** | | |
| Jeffrey J. Zander, et al. vs. Katz, Sapper & Miller, LLP, et al. | | |
| **Payment Terms** | | |
| | | |

Eugene N. Bulso, Jr.
Leader, Bulso & Nolan
414 Union Street
Suite 1740
Nashville, TN 37219

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Rosanne Ammirati                                                           517.20

                                                  **TOTAL DUE  >>>**          **$517.20**

Tax ID: ███████

*Please detach bottom portion and return with payment.*

Eugene N. Bulso, Jr.
Leader, Bulso & Nolan
414 Union Street
Suite 1740
Nashville, TN 37219

| Invoice No. | : | 98060 |
|---|---|---|
| Invoice Date | : | 9/25/2013 |
| **Total Due** | : | **$ 517.20** |

Remit To: **Associated Reporting, Inc.**
          **251 East Ohio Street**
          **Suite 940**
          **Indianapolis, IN 46204**

| Job No. | : | 62389 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Cause No. | : | 3:12-CV-00967 |
| Case Name | : | Jeffrey J. Zander, et al. vs. Katz, Sapper & Miller, LLP, et al. |



## Invoice

Invoice Date: 26-Sep-13
Invoice #      JCV-130917-1AO
Terms          Due upon receipt

**Bill To:**
Atty. Eugene N. Bulso, Jr.
Leader Bulso & Nolan
414 Union Street, Suite 1740
Nashville, TN 37219

**Ship To:**
Atty. Eugene N. Bulso, Jr.
Leader Bulso & Nolan
414 Union Street, Suite 1740
Nashville, TN 37219

**Reference**
*9/17/2013 Videotaped Deposition of Rosanne Ammirati*
*Zander et al v. Katz Sapper & Miller, LLP et al (Cause No. 3:12-cv-00967)*

| Service | Sub-Total |
|---|---|
| First 1.5 hours of examination (9:00 - 10:30) | $250.00 |
| Additional 2.7 hours (10:30 - 1:10) Billed at $70/hour | $189.00 |
| Mpegs of Manchir Deposition | $0.00 |
| Sync of Manchir Mpegs Billed at $50/2-hours | $100.00 |
| **Total Amount Due** | **$539.00** |

Forward all payments to:
J-Cut Video Ltd.
6406 Southern Lakes Drive North
Indianapolis, IN  46237
Tax ID:

We appreciate your business!

jason@j-cutvideo.com
317-850-8711


document one services

481-1

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/9/2013 | 00022138 |

200 4th Ave. North
Suite B-300
Nashville, TN 37219

Federal Tax ID:

**Bill To:**

Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

**Ship To:**

Leader, Bulso & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219

10/9/13
ck 12959

| SALESPERSON | CLIENT REFERENCE | ORDERED BY | TERMS | DUE BEFORE |
|-------------|------------------|------------|-------|------------|
| Markanich, Dustin | Zander 481-1 | Molly Moore | Net 30 | 11/8/2013 |

| QTY. | JOB NO. | DESCRIPTION | UNIT PRICE | AMOUNT | TX. |
|------|---------|-------------|------------|--------|-----|
| 655 | 13-10062 | Heavy Litigation Scanning | $0.16 | $104.80 | X |
| 1 | 13-10062 | CD Creation / Duplication | $15.00 | $15.00 | X |

Customer Approval

*Service charges of 1.5% per month will be assessed on all past due invoices on the last day of the month in which they become past due.*

| | |
|---|---|
| SALE AMT. | $119.80 |
| FREIGHT | $0.00 |
| SALES TAX | $11.08 |
| TOTAL AMT. | $130.88 |
| AMT. APPLIED | $0.00 |
| **BALANCE** | **$130.88** |

# DSi covery

**Document Solutions**
414 Union Street
Suite 1210
Nashville TN 37219

Phone : 615-255-5343
Fax : 615-255-4160
Federal Tax ID #:

**Invoice #: 00085577**

Bill To:
Leader, Bulso, & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

Ship To:
Leader, Bulso, & Nolan, PLC
Allison Paoli
414 Union Street
Suite 1740
Nashville, TN 37219

Page 1

| SALESPERSON | Client Reference # | SHIP | TERMS | DATE |
|---|---|---|---|---|
| JS / LK | 481-1 | 10/15/2013 | Net 30 | 10/15/2013 |

| QTY. | DESCRIPTION | PRICE | EXTENDED | TAX | JOB # |
|---|---|---|---|---|---|
| 560 | Light Litigation | $0.105 | $58.80 | X | 32950 |
| 1,120 | Bates labels Applied | $0.06 | $67.20 | X | 32950 |

visit us today: www.dsicovery.com
See what's new in eDiscovery

Please mail payments to the
Main Office:

414 Union Street
Ste 1210
Nashville TN 37219

| | |
|---|---|
| SALE AMOUNT | $126.00 |
| FREIGHT | $0.00 |
| SALES TAX | $11.66 |
| TOTAL | $137.66 |
| PAID TODAY | $0.00 |
| BALANCE DUE | $137.66 |

Client Approval          Thank you!

# DSicovery

Document Solutions
414 Union Street
Suite 1210
Nashville TN 37219

Phone : 615-255-5343
Fax : 615-255-4160
Federal Tax ID #:

**Invoice #:00085655**

Bill To:
Leader, Bulso, & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

Ship To:
Leader, Bulso, & Nolan, PLC
Stephanie Speier
414 Union Street
Suite 1740
Nashville, TN 37219

Page    1

| SALESPERSON | Client Reference # | SHIP | TERMS | DATE |
|---|---|---|---|---|
| JS / LK | 481-1 | 10/21/2013 | Net 30 | 10/21/2013 |

| QTY. | DESCRIPTION | PRICE | EXTENDED | TAX | JOB # |
|---|---|---|---|---|---|
| 205 | Light Litigation | $0.105 | $21.53 | X | 33018 |
| 410 | Bates labels Applied | $0.06 | $24.60 | X | 33018 |

visit us today:  www.dsicovery.com
See what's new in eDiscovery

Please mail payments to the
Main Office:

414 Union Street
Ste 1210
Nashville TN 37219

| | |
|---|---|
| SALE AMOUNT | $46.13 |
| FREIGHT | $0.00 |
| SALES TAX | $4.27 |
| TOTAL | $50.40 |
| PAID TODAY | $0.00 |
| BALANCE DUE | $50.40 |

Client Approval                    Thank you!

481-1

Brentwood Court Reporting Services, LLC
4213 Warren Rd
Franklin, TN 37067
www.brentwoodcourtreporting.com
Phone: 866.939.DEPO Fax: 615.790.5547



**BRENTWOOD COURT
REPORTING SERVICES**

Bill To:

Eugene Bulso
Leader, Bulso, Nolan, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219

| Date | Invoice # |
|------|-----------|
| 10/31/2013 | 7826 |

| Case Information |
|------------------|
| 3-12-cv-00967 |
| Zander v Katz, Sapper & Miller, et al. |
| Taken: 10/23/13 |

| Description |
|-------------|

Deposition Transcript - Copy - Jeffrey Zander

E-Transcript Bundle

Trine Mitchell, RPR

In the event that payment is not timely received, you will be responsible for any and all costs and expenses associated with collection, including but not limited to reasonable attorney's fees and court costs.

| | |
|--|--|
| Total | $657.95 |
| Payments/Credits | $0.00 |
| Balance Due | $657.95 |

TAX ID No. ███████          Terms: Due on Receipt

☐ VISA                    ☐ Check Enclosed
                          Please make checks payable to Brentwood Court Reporting Services, LLC
☐ MasterCard

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐     ☐☐ / ☐☐☐☐

Credit Card Number                              EXP Date:  example 01/2011

Credit Card Billing Address: _____

481-1

**Invoice**

VCE, inc.

P.O. Box 25285
Nashville, TN 37202

(800)747-3844

| TAX NO. ███████ |
|---|

| BILL TO |
|---|
| **Gino Bulso**<br>**Leader, Bulso and Nolan**<br>**414 Union St., Suite 1740**<br>**Nashville, TN 37219** |

| DATE | INVOICE # |
|---|---|
| 11/6/2013 | 55591 |

| DUE DATE |
|---|
| 12/6/2013 |

| TERMS | Net 30/ 1 1/2% late charge/mo. |
|---|---|

| PROJECT | P.O. NO./VERBAL BY | PERIOD ENDING |
|---|---|---|
| Video Deposition | Gino Bulso | 11/6/13 |

| DATE | QTY/HRS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Jeffrey J. Zander, et. al. vs. Katz, Sapper & Miller, LLP; KSM Business Services, Inc. and Andrew J. Manchi | | |
| 11/5/2013 | 1 | 1st hour of Mike Collins deposition | 175.00 | 175.00 |
| | 6 | Addt'l hours of Mike Collins and Dana Holmes | 75.00 | 450.00 |
| | 4 | Digitization | 50.00 | 200.00 |
| | | Tennessee State Sales Tax | 9.25% | 0.00 |

We appreciate your prompt payment. Please include invoice number with payment.

| **Total** | **$825.00** |
|---|---|

Specialty Technical & Engineering Services

481-1

# JPA Reporting, LLC

1776 Peachtree Street, N.W.
Suite 230-S
Atlanta, GA 30309

Phone: (404) 853-1811    Fax: (404) 853-3414

Job #: 131028LMC2
Job Date: 10/28/2013
Order Date: 10/28/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

| | |
|---|---|
| Invoice #: | 19833 |
| Inv.Date: | 11/12/2013 |
| Balance: | $937.60 |

**Bill To:**
Eugene N. Bulso, Jr., Esq
Leader, Bulso & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

Action: Zander
vs
Katz, Sapper & Miller, LLP, et al.

Action #:
Rep: LMC
Cert: A-640

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Frank Brown, III, CPA | Original + Certified Copy Med/Tech | $937.60 |

**Comments:**

You may pass this cost to your client; however, you remain responsible for this invoice unless arrangements were made in writing prior to taking the deposition.
Reference 248 S.E.2d 631 and 643 S.E.2d 771
$40.00 Late Fee and 1.5% Interest Accrues

Federal Tax I.D.: ▮▮▮▮▮▮    Terms: Due Upon Receipt

| | |
|---|---|
| Sub Total | $937.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $937.60 |
| Payment | $0.00 |
| Balance Due | $937.60 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Eugene N. Bulso, Jr., Esq
Leader, Bulso & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

**Deliver To:**
Eugene N. Bulso, Jr., Esq
Leader, Bulso & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

## Invoice

Phone: (404) 853-1811
Fax: (404) 853-3414

JPA Reporting, LLC
1776 Peachtree Street, N.W.
Suite 230-S
Atlanta, GA 30309

Invoice #: 19833
Inv.Date: 11/12/2013
Balance: $937.60
Job #: 131028LMC2
Job Date: 10/28/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

481-1

# JPA Reporting, LLC

1776 Peachtree Street, N.W.
Suite 230-S
Atlanta, GA 30309
Phone: (404) 853-1811    Fax: (404) 853-3414

**Job #:** 131028MIEGAL
**Job Date:** 10/28/2013
**Order Date:** 10/28/2013
**DB Ref.#:**
**Date of Loss #:**  / /
**Your File #:**
**Your Client:**

# Invoice

| | |
|---|---|
| **Invoice #:** | 19832 |
| **Inv.Date:** | 11/12/2013 |
| **Balance:** | $627.50 |

**Bill To:**
Eugene N. Bulso, Jr., Esq
Leader, Bulso & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

**Action:** Zander
*vs*
Katz, Sapper & Miller, LLP, et al.

**Action #:**
**Rep:** MIEGAL
**Cert:**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| | Frank Brown, III, CPA | Video Services | $627.50 |

**Comments:**

You may pass this cost to your client; however, you remain responsible for this invoice unless arrangements were made in writing prior to taking the deposition.
Reference 248 S.E.2d 631 and 643 S.E.2d 771
$40.00 Late Fee and 1.5% Interest Accrues

| | |
|---|---|
| Sub Total | $627.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $627.50 |
| Payment | $0.00 |
| Balance Due | $627.50 |

**Federal Tax I.D.:** ▮▮▮▮▮   **Terms:** Net 10 Days @1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Eugene N. Bulso, Jr., Esq
Leader, Bulso & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

**Deliver To:**
Eugene N. Bulso, Jr., Esq
Leader, Bulso & Nolan, PLC
414 Union Street
Suite 1740
Nashville, TN 37219

# Invoice

Phone: (404) 853-1811
Fax: (404) 853-3414

JPA Reporting, LLC
1776 Peachtree Street, N.W.
Suite 230-S
Atlanta, GA 30309

**Invoice #:** 19832
**Inv.Date:** 11/12/2013
**Balance:** $627.50
**Job #:** 131028MIEGAL
**Job Date:** 10/28/2013
**DB Ref.#:**
**Date of Loss:**  / /
**Your File #:**
**Your Client:**

Brentwood Court Reporting Services, LLC
4213 Warren Rd
Franklin, TN 37067
www.brentwoodcourtreporting.com
Phone: 866.939.DEPO Fax: 615.790.5547



**BRENTWOOD COURT**
**REPORTING SERVICES**

### Bill To:

Eugene Bulso
Leader, Bulso, Nolan, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219

| Date | Invoice # |
|---|---|
| 11/18/2013 | 7897 |

| Case Information |
|---|
| 3-12-cv-00967<br>Zander v Katz, Sapper & Miller, et al.<br>Taken: 11/4/13 |

| Description |
|---|
| Deposition Transcript - Copy - James Berry<br>Deposition Transcript - Copy - Larry Sacks<br><br>E-Transcript Bundle<br><br><br>Trine Mitchell, RPR |

In the event that payment is not timely received, you will be responsible for any and all costs and expenses associated with collection, including but not limited to reasonable attorney's fees and court costs.

| | |
|---|---|
| **Total** | $644.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$644.20** |

TAX ID No. ▇▇▇▇▇                                    Terms: Due on Receipt

☐ VISA                    ☐ Check Enclosed
☐ MasterCard        Please make checks payable to Brentwood Court Reporting Services, LLC

☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐☐☐        ☐☐ / ☐☐☐☐
Credit Card Number                                                      EXP Date:  example 01/2011

Credit Card Billing Address: _____

481-1

Brentwood Court Reporting Services, LLC
4213 Warren Rd
Franklin, TN 37067
www.brentwoodcourtreporting.com
Phone: 866.939.DEPO Fax: 615.790.5547



BRENTWOOD COURT
REPORTING SERVICES

**Bill To:**

Eugene Bulso
Leader, Bulso, Nolan, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219

| Date | Invoice # |
|---|---|
| 11/19/2013 | 7908 |

| Case Information |
|---|
| 3-12-cv-00967<br>Zander v Katz, Sapper & Miller, et al.<br>Taken: 11/5/13 |

| Description |
|---|
| Deposition Transcript - Copy - Michael Collins |
| Deposition Transcript - Copy - Dana Holmes |
| |
| E-Transcript Bundle |
| |
| |
| Trine Mitchell, RPR |

In the event that payment is not timely received, you will be responsible for any and all costs and expenses associated with collection, including but not limited to reasonable attorney's fees and court costs.

| Total | $857.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $857.00 |

**TAX ID No.** ▮▮▮▮▮▮▮                                    **Terms: Due on Receipt**

☐ VISA                        ☐ Check Enclosed
☐ MasterCard              Please make checks payable to Brentwood Court Reporting Services, LLC

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐        ☐☐ / ☐☐☐☐
Credit Card Number                                                      EXP Date:  example 01/2011

Credit Card Billing Address: _____

Brentwood Court Reporting Services, LLC
4213 Warren Rd
Franklin, TN 37067
www.brentwoodcourtreporting.com
Phone: 866.939.DEPO Fax: 615.790.5547



**BRENTWOOD COURT
REPORTING SERVICES**

491-1

**Bill To:**

Eugene Bulso
Leader, Bulso, Nolan, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219

| Date | Invoice # |
|------|-----------|
| 11/21/2013 | 7924 |

| Case Information |
|------------------|
| 3-12-cv-00967 |
| Zander v Katz, Sapper & Miller, et al. |
| Taken: 11/8/13 |

| Description |
|-------------|
| Deposition Transcript - Copy - David Franklin Lewis |
| Deposition Transcript - Copy - Richard W. Betts |
| |
| E-Transcript Bundle |
| |
| |
| |
| Jerri L. Porter, RPR, CRR, LCR |

In the event that payment is not timely received, you will be responsible for any and all costs and expenses associated with collection, including but not limited to reasonable attorney's fees and court costs.

| Total | $537.00 |
|-------|---------|
| Payments/Credits | $0.00 |
| **Balance Due** | **$537.00** |

**TAX ID No.** ▮▮▮▮▮▮▮                                  **Terms: Due on Receipt**

☐ VISA                    ☐ Check Enclosed
☐ MasterCard              Please make checks payable to Brentwood Court Reporting Services, LLC

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐          ☐☐ / ☐☐☐☐
Credit Card Number                                        EXP Date:  example 01/2011

Credit Card Billing Address: _____

**I N V O I C E** 481-1

Associated Reporting, Inc.
251 East Ohio Street
Suite 940
Indianapolis, IN 46204
Phone:317-631-0940   Fax:317-231-6601

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 98614 | 12/13/2013 | 62797 |

| Job Date | Cause No. | |
|---|---|---|
| 12/4/2013 | 3:12-CV-00967 | |

| Case Name | | |
|---|---|---|
| Jeffrey J. Zander vs. Katz, Sapper & Miller, et al. | | |

| Payment Terms | | |
|---|---|---|
| | | |

Eugene N. Bulso, Jr.
Leader, Bulso & Nolan
414 Union Street
Suite 1740
Nashville, TN 37219

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Andrew J. Manchir                                530.70

                                TOTAL DUE  >>>        **$530.70**

**Tax ID:** ▇▇▇▇▇▇▇

*Please detach bottom portion and return with payment.*

Eugene N. Bulso, Jr.
Leader, Bulso & Nolan
414 Union Street
Suite 1740
Nashville, TN 37219

| | | |
|---|---|---|
| Invoice No. | : | 98614 |
| Invoice Date | : | 12/13/2013 |
| **Total Due** | : | **$ 530.70** |

| | | |
|---|---|---|
| Remit To: | **Associated Reporting, Inc.** | |
| | **251 East Ohio Street** | |
| | **Suite 940** | |
| | **Indianapolis, IN 46204** | |

| | | |
|---|---|---|
| Job No. | : | 62797 |
| BU ID | : | 1-MAIN |
| Cause No. | : | 3:12-CV-00967 |
| Case Name | : | Jeffrey J. Zander vs. Katz, Sapper & Miller, et al. |



## Franzen & Roberts
### Reporting, Inc.
2990 Market Tower
10 West Market Street
Indianapolis, IN 46204

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/19/2013 | 22467 |

**Bill To**

Mr. Eugene N. Bulso, Jr.
LEADER BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, TN 37219



EIN:

Terms:

| Item | Description of Services | Quantity | Amount |
|------|------------------------|----------|--------|
| Case Info | Jeffrey J. Zander, et al. v. Katz Sapper & Miller, LLP, et al. | | 0.00 |
| | Cause No.: 3:12-cv-00967 | | |
| Copy | Deposition of Brian Eagle taken on December 5, 2013. | 55 | 107.25 |
| Exhibit, B&W | | 38 | 9.50 |
| Exhibit, Color | | 9 | 18.00 |
| Handling 51-100 | | | 27.00 |
| Copy | Deposition of Stephen Thompson taken on December 5, 2013. | 149 | 290.55 |
| Exhibit, B&W | | 228 | 57.00 |
| Exhibit, Color | | 3 | 6.00 |
| Handling 101-150 | | | 32.00 |
| Postage 26 | | | 26.00 |

**Balance Due**   $573.30

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 317.636.3808 | 317.656.8539 | fandrreporting@aol.com | www.frreporting.com |



## Invoice

| Invoice Date: | 20-Dec-13 |
| Invoice # | JCV-131204-1AO |
| Terms | Due upon receipt |

**Bill To:**
Atty. Eugene N. Bulso, Jr.
Leader Bulso & Nolan
414 Union Street, Suite 1740
Nashville, TN 37219

**Ship To:**
Atty. Eugene N. Bulso, Jr.
Leader Bulso & Nolan
414 Union Street, Suite 1740
Nashville, TN 37219

**Reference**
*12/4/2013 Videotaped Deposition of Andrew J. Manchir*
*12/5/2013 Videotaped Depositions of Stephen Thompson & Brian Eagle*
*Zander et al v. Katz Sapper & Miller, LLP et al (Cause No. 3:12-cv-00967)*

| Service | Sub-Total |
|---|---|
| First 1.5 hours of examination on 12/4/2013 | $240.00 |
| Additional 2.2 hours (5:30 - 7:38) | $154.00 |
| billed at $70/hour | |
| | |
| Manchir Mpegs | $0.00 |
| Syncing of Manchir Deposition | $100.00 |
| billed at $50 per 2 hours of testimony | |
| Mpeg-1 and Sync of Eagle Deposition | $100.00 |
| billed at $100 per 2 hours of testimony | |
| Mpeg-1 and Sync of Thompson Deposition | $200.00 |
| billed at $100 per 2 hours of testimony | |

**Total Amount Due**     **$794.00**

Forward all payments to:
J-Cut Video Ltd.
6406 Southern Lakes Drive North
Indianapolis, IN 46237
Tax ID: ████████

We appreciate your business!

jason@j-cutvideo.com
317-850-8711

Brentwood Court Reporting Services, LLC
4213 Warren Rd
Franklin, TN 37067
www.brentwoodcourtreporting.com
Phone: 866.939.DEPO Fax: 615.790.5547



**BRENTWOOD COURT REPORTING SERVICES**

Bill To:

Eugene Bulso
Leader, Bulso, Nolan, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219

| Date | Invoice # |
|------|-----------|
| 12/20/2013 | 8015 |

| Case Information |
|------------------|
| 3-12-cv-00967 Zander v Katz, Sapper & Miller, et al. Taken: 12/09/13 |

| Description |
|-------------|
| Deposition Transcript - Copy - Lon Cherry |
| E-Transcript Bundle |
| Trine Mitchell, RPR |

In the event that payment is not timely received, you will be responsible for any and all costs and expenses associated with collection, including but not limited to reasonable attorney's fees and court costs.

| Total | $245.40 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $245.40 |

TAX ID No. ███████                                Terms: Due on Receipt

☐ VISA                ☐ Check Enclosed
☐ MasterCard          Please make checks payable to Brentwood Court Reporting Services, LLC

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐        ☐☐ / ☐☐☐☐
Credit Card Number                                EXP Date: example 01/2011

Credit Card Billing Address: _____

481~1

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136876 | 2/20/2014 | 66372 |
| **Job Date** | **Case No.** | |
| 2/7/2014 | 3:12-CV-00967 | |
| **Case Name** | | |
| Jeffrey Zander v. Katz Sapper & Miller, LLP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220
Phone:502-459-4000   Fax:502-459-4003

Eugene N. Bulso, Jr.
Leader Bulso & Nolan, PLC
414 Union St., Ste. 1740
Nashville, TN 37219-1734

1 COPY OF TRANSCRIPT OF:

Mark Blackwell                                                                          285.30

**TOTAL DUE >>>**          **$285.30**

Tax ID:                                                                       Phone:      Fax:

*Please detach bottom portion and return with payment.*

Eugene N. Bulso, Jr.
Leader Bulso & Nolan, PLC
414 Union St., Ste. 1740
Nashville, TN 37219-1734

| | | | | |
|---|---|---|---|---|
| Job No. | : 66372 | BU ID | : 1-MAIN | |
| Case No. | : 3:12-CV-00967 | | | |
| Case Name | : Jeffrey Zander v. Katz Sapper & Miller, LLP | | | |
| Invoice No. | : 136876 | Invoice Date | : 2/20/2014 | |
| **Total Due** | **: $ 285.30** | | | |

Remit To: **Chuppe Soergel Abell & Arnold, LLC**
            **2950 Breckenridge Lane Ste. 11A**
            **Louisville, KY  40220**

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# Chuppe, Soergel, Abell & Arnold

2950 Breckenridge Lane, Suite 11A, Louisville, KY 40220
(502) 459-4000  Fax (502) 459-4003

## INVOICE

**CLIENT:**   **Eugene Bulso**
                    **Leader, Bulso**
                    **414 Union Street, Suite 1740**
                    **Nashville. TN 37219**
**DATE:**      **2-7-14 deposition of Mark Blackwell**

| | | |
|---|---|---|
| Deposition / production @ $150 first hour and $100/hr. thereafter: | - - - - - - - - - - - - | $ _____ |
| a total of ___ DVD duplicate original(s) @ $50 per 80 min. | - - - - - - - - - - - - | $ _____ |
| a total of _3_ MPEG conversion(s) @ $60 per 80 min. | - - - - - - - - - - - - | $ _180.00_ |
| a total of _3_ video/text sync conversions @ $30 per depo hr | - - - - - - - - - - - - | $ ___90.00_ |
| with a total of ____ post production (editing) hours at a rate of $85 per hour | - - - - - - - - - - - - | $ _____ |
| Misc. expenses: | - - - - - - - - - - - - | $ ____9.00 |
| **TOTAL DUE:** | - - - - - - - - - - - - | **$ _279.00_** |

Net due 15
Working days

Thank you very much for the chance to work with you, please feel
to contact us in the future for any reason.
After 30 days 1.5% per month (18% A.P.R.) late charges will be added to overdue total.

585- 4121

# DSicovery

*eDiscovery About People™*

# Invoice

| | |
|---|---|
| Date | 6/26/2014 |
| Invoice # | INV00089446 |

| | |
|---|---|
| Terms | Net 30 |
| Due Date | 7/26/2014 |
| Project | |
| Client Matter # | 34936 |

**Attention:**

Leader, Bulso, & Nolan, PLC
414 Union Street
Nashville TN 37219

| Item | Description | Qty | UOM | Rate | Tax | Amount |
|------|-------------|-----|-----|------|-----|--------|
| 1027 | Copy B&W - Auto Feed | 1,262 | PG | 0.06 | Yes | 75.72 |
| 1075 | Color Paper | 96 | EACH | 0.01 | Yes | 0.96 |
| 1305 | GBC | 16 | EACH | 2.50 | Yes | 40.00 |

| | |
|---|---|
| Subtotal | 116.68 |
| TN Tax 9.25% | 10.79 |
| Total | $127.47 |



# Invoice

| | |
|---|---|
| **Date** | 6/30/2014 |
| **Invoice #** | INV00089471 |

| | |
|---|---|
| **Terms** | Net 30 |
| **Due Date** | 7/30/2014 |
| **Project** | |
| **Client Matter #** | 481-1 |

**Attention:**

Leader, Bulso, & Nolan, PLC
414 Union Street
Nashville TN 37219

| Item | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|
| 1027 | Copy B&W - Auto Feed | 1,306 | PG | 0.10 | Yes | 130.60 |
| 1033 | Copy Color - 8.5 x 11 | 228 | PG | 0.79 | Yes | 180.12 |
| 1165 | 2" - Binder (View) | 2 | EACH | 9.00 | Yes | 18.00 |
| 1170 | 3" - Binder (View) | 2 | EACH | 14.00 | Yes | 28.00 |
| 1060 | Preprinted Tabs | 186 | EACH | 0.30 | Yes | 55.80 |

| | |
|---|---|
| **Subtotal** | 412.52 |
| **TN Tax 9.25%** | 38.16 |
| **Total** | $450.68 |

Please email billing@dsicovery.com for questions concerning your account.
414 Union Street | Suite 1210 | Nashville, TN 37219 | 62-1769387 | (615) 255-5343

*✓ Paid by*
*hand-delivery*
*by GB*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| **INVOICE** | NUMBER<br>000142 |
|---|---|

| TO: Eugene N. Bulso, Jr., Esq.<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, Tennessee 37219 | MAKE CHECK PAYABLE TO:<br><br>WCB Reporting, Inc.<br>801 Broadway, Room A837<br>Nashville, Tennessee 37203 |
|---|---|
| PHONE: (615) 780-4110<br>FAX: (615) 780-4118 | PHONE: (615) 401-7221 |

### TRANSCRIPTS

| ☐ CRIMINAL ☑ CIVIL | DATE ORDERED<br>07/03/2014 | DATE DELIVERED<br>07/04/2014 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Zander et al v. Katz, Sapper & Miller, LLP et al, Case No. 3:12-CV-00967

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | 121 | 3.05 | 369.05 | | | 0.00 | | | | 369.05 |

| For proceedings on (Date): | July 2, 2014 | **TOTAL** | 369.05 |
|---|---|---|---|
| Direct testimony of Larry Sacks and Jeffrey Zander (Rough) | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | **AMOUNT DUE (OR REFUND)** | 369.05 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>s/ Wynette C. Blathers | DATE<br>07/06/2014 |
|---|---|

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)　　COURT REPORTER　　COURT REPORTER SUPERVISOR

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| INVOICE | NUMBER<br>000146 |
|---|---|

| TO: Eugene N. Bulso, Jr., Esq.<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, Tennessee 37219<br><br>PHONE: (615) 780-4110<br>FAX: (615) 780-4118 | MAKE CHECK PAYABLE TO:<br><br>WCB Reporting, Inc.<br>801 Broadway, Room A837<br>Nashville, Tennessee 37203<br><br>PHONE: (615) 401-7221 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL ☑ CIVIL | DATE ORDERED<br>07/08/2014 | DATE DELIVERED<br>07/08/2014 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Zander et al v. Katz, Sapper & Miller, LLP et al, Case No. 3:12-CV-00967

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | 53 | 2.10 | 111.30 | | | | 111.30 |

| For proceedings on (Date): July 2, 2014 | | TOTAL | 111.30 |
|---|---|---|---|
| Testimony of Richard Betts | LESS DISCOUNT FOR LATE DELIVERY | | |
| | ADD AMOUNT OF DEPOSIT | | |
| | AMOUNT DUE (OR REFUND) | | 111.30 |

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>s/ Wynette C. Blathers | DATE<br>07/08/2014 |
|---|---|

DISTRIBUTION: TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

*√ Paid by hand-delivery by GB*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| INVOICE | NUMBER 000140 |
|---|---|

| TO: | MAKE CHECK PAYABLE TO: |
|---|---|
| Eugene N. Bulso, Jr., Esq.<br>Leader, Bulso & Nolan, PLC<br>414 Union Street, Suite 1740<br>Nashville, Tennessee 37219 | WCB Reporting, Inc.<br>801 Broadway, Room A837<br>Nashville, Tennessee 37203 |
| PHONE: (615) 780-4110<br>FAX: (615) 780-4118 | PHONE: (615) 401-7221 |

## TRANSCRIPTS

| ☐ CRIMINAL  ✓ CIVIL | DATE ORDERED 07/02/2014 | DATE DELIVERED 07/02/2014 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Zander et al v. Katz, Sapper & Miller, LLP et al, Case No. 3:12-CV-00967

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | 69 | 2.10 | 144.90 | | | 0.00 | | | | 144.90 |

| For proceedings on (Date): July 2, 2014 | TOTAL | 144.90 |
|---|---|---|
| Mr. Manchir examination by Plaintiff Atty | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 144.90 |

## ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>s/ Wynette C. Blathers | DATE<br>07/06/2014 |
|---|---|

DISTRIBUTION:  TO PARTY (2 copies - 1 to be returned with payment)  COURT REPORTER  COURT REPORTER SUPERVISOR